**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6544**

---

UNITED STATES OF AMERICA,

                           Plaintiff - Appellee,

      versus

KIBUM YANG, a/k/a Danny Yang,

                           Defendant - Appellant.

---

**No. 01-6837**

---

UNITED STATES OF AMERICA,

                           Plaintiff - Appellee,

      versus

KIIN YANG,

                           Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-99-12, CA-01-171-AM, CA-01-187-A)

---

Submitted: August 23, 2001        Decided: August 29, 2001

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kibum Yang, Kiin Yang, Appellants Pro Se. LeDora Knight, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kibum Yang and Kiin Yang seek to appeal the district court's orders construing their separate petitions for writs of error coram nobis as motions under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying the motions as untimely under the one-year limitation period. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. <u>United States v. Yang</u>, Nos. CR-99-12; CA-01-171-AM (E.D. Va. Feb. 2, 2001), and <u>United States v. Yang</u>, Nos. CR-99-12; CA-01-187-A (E.D. Va. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>